# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THOMAS RUNYON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Case No. 2:20-cv-00245-JRG-RSP |
| ARKOMA ENERGY SERVICES, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice ("Motion") by Plaintiff Thomas Runyon ("Plaintiff") and Defendant Arkoma Energy Services, LLC ("Defendant") (collectively, the "Parties"). (Dkt. No. 11.) After consideration, the Court **GRANTS** the Parties' Joint Motion. It is therefore **ORDERED** that Plaintiff's claims against Defendant, as well as any claims that Plaintiff could have asserted against Defendant, are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorneys' fees. Any relief not expressly granted herein is **DENIED AS MOOT**.

The Clerk is directed to **CLOSE** the case as no defendants or claims remain.

**So ORDERED and SIGNED this 7th day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE